IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| LINFO IP, LLC,<br>Plaintiff,<br><br>v.<br><br>AMERICAN EXCHANGE APPAREL GROUP, CORP.,<br>Defendant | Civil Action No. 1:24-cv-02952-UA<br><br>JURY TRIAL DEMANDED |

**ORDER on LINFO IP, LLC'S
UNOPPOSED MOTION TO SUBSTITUTE PARTY**

The Court, having reviewed Plaintiff Linfo IP, LLC ("Linfo"), Unopposed Motion to Substitute Defendant American Exchange Apparel Group, Corp. ("AEAG") with the correctly named entity, Aero Global, LLC ("Aero") and dismiss the claims against AEAG.

WHEREFORE, Defendant American Exchange Apparel Group, Corp. is dismissed and the correctly named entity, Aero Global, LLC be substituted as the proper Defendant.

The Clerk of Court is directed to close the motion at ECF Number 10.

SO ORDERED.

June 7, 2024
Date

_____
J. PAUL OETKEN
United States District Judge