UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINFO IP, LLC,

                              Plaintiff,

                -v-

AERO GLOBAL, LLC,

                              Defendant.

24-CV-2952 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Substantially for reasons set forth in Defendant's submissions at ECF Nos. 46 and 51,

Plaintiff's motion to dismiss without prejudice (ECF No. 45) and motion to stay because it

"wish[es] to save expenses" (ECF No. 47) are denied.

The Clerk of Court is directed to terminate the motions at Docket Numbers 45 and 47.

SO ORDERED.

Dated:  February 21, 2025
        New York, New York

                                                    J. PAUL OETKEN
                                                  United States District Judge