**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
LINFO IP, LLC.,

                Plaintiff,                24 **CIVIL** 2952 (JPO)

    -against-                        <u>**JUDGMENT**</u>

AERO GLOBAL, LLC.,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated July 9, 2025, Defendant's motion for judgment on the pleadings is GRANTED. Accordingly, this case is closed.

**Dated:**  New York, New York

      July 9, 2025

                                                **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                **BY:**

                                                  **Deputy Clerk**