UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINFO IP, LLC,

　　　　　　　　　Plaintiff,

　　　　-v-

AERO GLOBAL, LLC,

　　　　　　　　　Defendant.

24-CV-2952 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court, having reviewed Defendant Aero Global, LLC's Submission of Compensable Attorney's Fees (ECF No. 72), Plaintiff Linfo IP, LLC's response (ECF No. 73), Aero Global, LLC's reply (ECF No. 74), and other evidence in the record, awards reasonable attorney's fees of $84,789.50 to Aero Global, LLC pursuant to 35 U.S.C. § 285.

Linfo IP, LLC is directed to pay Aero Global, LLC a sum of $84,789.50.  The Clerk of Court is directed to close the motion at Docket Number 72.

SO ORDERED.

Dated: March 30, 2026
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge